IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JIM LEWIS, | * |
| Plaintiff, | * |
| v. | Case No.1:23-CV-8(LAG) |
| | * |
| LOWE'S HOME CENTERS, LLC., | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 30th day of September, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk